statute is to be construed in the liberal spirit of code pleading.

Counsel for appellees cite Lasswell v. Kitt, 11 N. M. 459, 70 Pac. 561, as in point sustaining the action of the court in this case. But a reading of that case shows that the defendant demurred because the complaint on its face showed that the plaintiff had an adequate remedy at law, and the effect of the court's ruling in defendant's favor was to adjudge the whole complaint insufficient, so, as pointed out in the opinion quoted above, the plaintiff had nothing to stand on, and had no alternative but to amend or let a judgment of dismissal go against him and appeal.

It is therefore held that the lower court erred in entering its judgment of dismissal, and that said judgment must be reversed, and the cause remanded for further proceedings in conformity with this opinion; and it is so ordered.

PARKER, C. J., and ROBERTS, J., concur.

---

[No. 2278, Aug. 4, 1919.]
FERRIER v. ROBERTS, Sheriff, et al.

Appeal from District Court, McKinley County; Raynolds, Judge.

Action by A. J. Ferrier against R. L. Roberts, sheriff of McKinley county, and another. Judgment for defendants, and plaintiff appeals. Reversed.

A. T. HANNETT and J. W. CHAPMAN, both of Gallup, for appellant.

WILSON & WALTON, of Silver City, and H. C. DENNY, of Gallup, for appellees.

#### OPINION OF THE COURT.

MERRITT C. MECHEM, District Judge.   The judgment in this case is reversed, upon the grounds announced in the opinion of this court filed in No. 2277, Bissetti v. Roberts el al., 25 N. M. 365, 183 Pac. 403.

PARKER, C. J., and ROBERTS, J., concur.

---

### [No. 2279, Aug. 4, 1919.]
### FERREAR v. ROBERTS, Sheriff, et al.

Appeal from District Court, McKinley County; Reynolds, Judge.

 Action by Paul Ferrear against R. L. Roberts, sheriff of McKinley county, and another.   Judgment for defendant, and plaintiff appeals.   Reversed.

A. T. HANNETT and J. W. CHAPMAN, both of Gallup, for appellant.

WILSON & WALTON, of Silver City, and H. C. DENNY, of Gallup, for appellees.

#### OPINION OF THE COURT.

MERRITT C. MECHEM, District Judge.   The judgment in this case is reversed, upon the grounds announced in the opinion of this court filed in No. 2277, Bissetti v. Roberts el al.; 25 N. M. 365, 183 Pac. 403.

PARKER, C. J., and ROBERTS, J., concur.